No. D–388.   IN RE DISBARMENT OF GOLDBURN.   It is ordered that Glenn Jermaine Goldburn, of Rockville, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 82–1295.   ESCAMBIA COUNTY, FLORIDA, ET AL. v. McMILLAN ET AL.   C. A. 5th Cir.   [Probable jurisdiction noted, 460 U. S. 1080.]   Motion of Lawyers' Committee for Civil Rights Under Law for leave to file a brief as amicus curiae granted. Motion of appellants for an order maintaining status quo denied.

No. 82–1453.   BADARACCO ET AL. v. COMMISSIONER OF INTERNAL REVENUE; and
No. 82–1509.   DELEET MERCHANDISING CORP. v. UNITED STATES.   C. A. 3d Cir.   [Certiorari granted, 461 U. S. 925.] Motion of petitioners in No. 82–1453 for leave to file motion for divided argument out of time denied.

No. 82–1474.   HOOVER ET AL. v. RONWIN ET AL.   C. A. 9th Cir.   [Certiorari granted, 461 U. S. 926.]   Motion of Maryland for leave to participate in oral argument as amicus curiae, for divided argument, and for additional time for oral argument denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 83–56.   HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES v. COMMUNITY HEALTH SERVICES OF CRAWFORD COUNTY, INC., ET AL.   C. A. 3d Cir.   [Certiorari granted, ante, p. 812.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 83–95.   PATTON ET AL. v. YOUNT.   C. A. 3d Cir.   [Certiorari granted, ante, p. 913.]   Motion of respondent for appointment of counsel granted, and it is ordered that George E. Schumacher, Esquire, of Pittsburgh, Pa., be appointed to serve as counsel for respondent in this case.